**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE:<br>    Robert J Yant<br>    Catherine J Yant<br>        Debtors | Case No: 20-32334<br>Chapter 13<br><br>JUDGE GUY R. HUMPHREY |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**
**OF AMENDED PLAN (DOC 52)**

The Chapter 13 Trustee objects to confirmation of the Debtors' amended plan (Doc 52), and as provided by 11 U.S.C.§1302(b)(2) recommends the plan not be confirmed, all as more fully set forth in the attached memorandum.

A plan has not been confirmed.

　　　/s/ John G. Jansing
John G Jansing  0040926
Chapter 13 Trustee
131 N. Ludlow St.  Suite 900
Dayton, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

20-32334 YANT

The Debtors have provided for the Trustee to disburse bi-annual real estate tax payments to the Darke County Treasurer.  The Trustee submits that he cannot administer 6 month bi-annual payments.  The Debtors must provide a monthly real estate tax payment in order for the Trustee to pay.

The changes in the third amended plan are not properly highlighted.  It appears that all of the highlighting from the second amended plan has been carried over into the third amended.  Only information added to or deleted from the second amended plan should have been highlighted in the third amended plan.  The failure to highlight changes, or highlighting sections that are not changed create an administrative inconvenience for parties and the Court.

The Debtors failed to highlight any of the changes form the second amended plan.  Any information added to or deleted from the second amended plan should be highlighted in the third amended plan.  The failure to highlight changes, or highlighting sections that are not changed create an administrative inconvenience for parties and the Court.

a

**CERTIFICATE OF SERVICE**  20-32334

 I hereby certify that a copy of the Chapter 13 Trustee's Objection To Confirmation Of Amended Plan was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on March 18, 2021 addressed to:

Robert J Yant
Catherine J Yant
4560 Grubbs-rex Road
Arcanum, OH  45304

 /s/ John G Jansing
 John G Jansing, Trustee